Judge Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR07-5823BHS |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| STEPHEN SMITH, | |
| Defendant. | |

Having read the Government's Summary of Defendant's Cooperation in the above-captioned cause, which was filed under seal, and Government's Motion to Seal requesting that the Government's Summary of Defendant's Cooperation be allowed to remain under seal,

It is hereby ORDERED that the Government's Summary of Defendant's Cooperation in this matter shall remain sealed.

DATED this 19th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

Order to Seal/Smith — 1
CR07-5823BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800