JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        )<br>    Plaintiff,  )<br>        )<br>vs.  )<br>        )<br>STEPHEN SMITH,  )<br>        )<br>    Defendant.  )<br>_____ ) | NO. CR07-5823BHS<br><br>ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum is to be sealed.

DONE this 28th day of May, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Linda R. Sullivan*
Linda R. Sullivan
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

ORDER SEALING – page 1